UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | Master Docket No.:  2:18-mn-2873-RMG<br><br>**This document relates to:**<br>See Exhibit A Attached Hereto |

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs in the actions identified in Exhibit A attached hereto and Defendants Tyco Fire Products LP ("Tyco"), Chemguard, Inc. ("Chemguard"), and ChemDesign Products, Inc. ("ChemDesign") hereby stipulate and agree to a dismissal with prejudice of all Plaintiffs' Claims against Tyco, Chemguard, ChemDesign, and any other Released Parties[1] in the actions identified in Exhibit A pursuant to Plaintiffs' decision to participate in the Settlement Agreement Between Public Water Systems and Tyco dated April 12, 2024 (the "Settlement Agreement"), which received final approval on November 22, 2024, from the Court overseeing *In Re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL No. 2:18-mn-2873 (D.S.C.).

Each party shall bear its own costs.

---

[1] Unless otherwise indicated, all capitalized terms in this motion have the meaning given to them in the Settlement Agreement.

1

Dated: May 16, 2025							Respectfully submitted,

*/s/ Scott Summy*							*/s/ David E. Dukes*
Scott Summy								David E. Dukes
Cary McDougal								Nelson Mullins Riley & Scarborough LLP
Carla Burke Pickrel							1320 Main Street / 17th Floor
Jason Julius								Post Office Box 11070 (29211-1070)
BARON & BUDD, P.C.							Columbia, SC 29201
3102 Oak Lawn Avenue, Suite 1100					(803) 799-2000
Dallas, TX 75219-4281							david.dukes@nelsonmullins.com
Telephone: (214) 521-3605
Fax: (214) 523-6600
ssummy@baronbudd.com							*/s/ Liam J. Montgomery*
cmcdougal@baronbudd.com						Liam J. Montgomery
cburkepickrel@baronbudd.com						WILLIAMS & CONNOLLY LLP
jjulius@baronbudd.com							680 Maine Ave SW
									Washington, DC 20024
									(202) 434-5000
*Counsel for Plaintiffs Listed on Exhibit A*				lmontgomery@wc.com


*/s/ Brandon Taylor*							*Counsel for Defendants Tyco Fire Products LP and Chemguard, Inc.*
Brandon Taylor
Jody Fortunato
COSSICH SUMICH PARSIOLA
AND TAYLOR LLC
8397 Highway 23								*/s/ Jonathan B. Blakley*
Suite 100								Jonathan B. Blakley
Belle Chasse, LA 70037							GORDON REES SCULLY MANSUKHANI
(504) 394-9000								One North Wacker, Suite 1600
btaylor@cossichlaw.com							Chicago, IL 60606
jfortunato@cossichlaw.com						(312) 619-4915
									jblakley@grsm.com

*Counsel for Plaintiffs Listed on Exhibit A*				*Counsel for ChemDesign Products Inc.*

2